JAMES A. SAVILLE, JR. (JS-4835)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff

45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
BASLER SECURITAS VERSICHERUNGEN AG     :      07 CIV 6223
                                              Index No.:
                Plaintiff,             :

        - Against -                    :
                                              COMPLAINT
UTi UNITED STATES INC.; PETERSEN       :
TRUCKING, INC.; and                    :
PETERSEN TRANSPORT INC.;               :

                Defendants.            :
----------------------------------------x

Judge Pauley

RECEIVED JUL 0 5 2007 U.S.D.C. S.D. N.Y. CASHIERS

    Plaintiff, BASLER SECURITAS VERSICHERUNGEN AG, by and through its attorneys, Hill Rivkins & Hayden LLP, complaining of the above named defendant alleges upon information and belief as follows:

    1. At and during all material times hereinafter mentioned plaintiff BASLER SECURITAS VERSICHERUNGEN AG, was and now is a corporation organized and existing by virtue of foreign law with an office and principal place of business at Baslerstrasse 4, d-61281 Bad Homburg, Germany and was the insurer of the shipment which is the subject matter of this lawsuit.

    2. At and during all times hereinafter mentioned, defendant UTi United States, Inc.

("UTi") was and now is a corporation organized and existing by virtue of the laws of New York with an office and principal place of business at 1660 Walt Whitman Road, Melville, NY 11747 and was and now is engaged in business as a common carrier of goods by air for hire.

3. At and during all times hereinafter mentioned, defendants Petersen Trucking, Inc. and Petersen Transport, Inc. (collectively "Petersen") were and now are corporations organized and existing by virtue of the laws of California with an office and principal place of business at 16854 Severo Place Encino, CA 91436 and were and now are engaged in business as a common carrier of goods for hire.

4. This Court also has jurisdiction pursuant to 28 U.S.C. §1332 in that plaintiff is a citizen of a foreign state and defendants are citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

5. In or about July 2005 there was delivered to defendants in good order and condition a shipment of pharmaceuticals suitable in every respect for the intended transit which defendants received, accepted and agreed to transport for certain consideration from California to Italy.

6. During the course of loading and stowing the shipment onboard the trailer for transportation to the airport, the container containing the pharmaceutical products was dropped resulting in the total loss of the product.

7. By reason of the foregoing defendants were grossly negligent and careless in their handling of plaintiff's cargo, engaged in willful misconduct and further breached and violated their duties and obligations as common carriers and bailees of said cargo and were otherwise at fault.

8. Plaintiff was the shipper, consignee, insurer or owner of the shipment and brings this action on its own behalf and as agents and trustees of all parties who may be or become interested in said shipment as their respective interests may appear and plaintiff is entitled to maintain this action.

9. Plaintiff has performed all duties and obligations on its part to be performed.

10. By reason of the premises, plaintiff has sustained damage as nearly as same can now be estimated no part of which has been paid although duly demanded in the amount of $4,597,362.00.

*WHEREFORE,* Plaintiff prays:

1. That process in due form of law according to the practice of this Court may issue against the Defendants.

2. That if the Defendants cannot be found within this District, that all of their property within this District be attached in the sum set forth in this Complaint, with interest and costs.

3. That a decree may be entered in favor of Plaintiff against Defendants in the amount of $4,597,362.00 with interest and costs.

4. Plaintiff further prays for such other, further and different relief as to this Court may deem just and proper in the premises.

Dated: New York, New York
July 5, 2007

        HILL RIVKINS & HAYDEN LLP
        Attorneys for Plaintiff

        By: _____
        James A. Saville, Jr. (JS-4835)
        45 Broadway
        New York, New York 10006
        (212) 669-0600

29265\COMPLAINT