*JAMES A. SAVILLE, JR. (JS-4835)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff

45 Broadway
New York, New York  10006
(212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BASLER SECURITAS VERSICHERUNGEN AG  :

        Plaintiff,   :

  - Against -   :

UTi UNITED STATES INC.; PETERSEN   :
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;   :

        Defendants.   :
------------------------------------X

**Judge Pauley.**

**07 CIV 6223**

Index No.: 07 CV ____ ( )

**RULE 7.1 STATEMENT**



RECEIVED
JUL 05 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

        **NONE.**

DATE: July 5, 2007

                        _____
                        James A. Saville, Jr. (JS-4835)