

**HILL RIVKINS & HAYDEN LLP**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699                    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

**Via Electronic Filing**

October 1, 2007

Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

> RE: BASLER SECURITAS
> VERSICHERUNGEN AG vs.
> UTi UNITED STATES INC.;
> PETERSEN TRUCKING, INC.; and
> PETERSEN TRANSPORT INC.;
> **07 CV 6223 (WHP)**
> Our File No.: 29265-JAS

------------------------------------------------------------

Dear Judge Pauley:

    We represent Plaintiff in connection with the captioned action and write to request that the Initial Pre-trial Conference scheduled for Friday, October 5, 2007 be adjourned for thirty (30) days.

    We have served Defendants, Petersen Trucking and Petersen Transporting and have recently been provided with their insurance company contacts. However, underwriters have not yet appointed counsel. We have recently been able to serve Defendant UTi United States after failed attempts at the initial address information provided to us. UTi has not yet appointed counsel.

NEW JERSEY
North Broadway
South Amboy, NJ 08879-1638
(732) 838-0300  Fax: (732) 316-2365
thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX  77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT  06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910  Fax: (916) 859-4911

Honorable William H. Pauley
United States District Judge
United States District Court
October 1, 2007
Page Two

      As none of the Defendants have appointed counsel, we respectfully request that the Conference be adjourned for thirty days in order to allow them the opportunity to do so.

      Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29265\002 Judge

