# HILL RIVKINS

**HILL RIVKINS & HAYDEN LLP**
45 Broadway, Suite 1500, New York, NY 10006-3739   Tel: (212) 669-0600
Fax: (212) 669-0698/0699
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/20

**MEMORANDUM ENDORSED**

**Via Electronic Filing**

October 1, 2007



Honorable William H. Pauley
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:    BASLER SECURITAS
VERSICHERUNGEN AG vs.
UTi UNITED STATES INC.;
PETERSEN TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;
**07 CV 6223 (WHP)**
Our File No.: 29265-JAS

Dear Judge Pauley:

    We represent Plaintiff in connection with the captioned action and write to request that the Initial Pre-trial Conference scheduled for Friday, October 5, 2007 be adjourned for thirty (30) days.

    We have served Defendants, Petersen Trucking and Petersen Transporting and have recently been provided with their insurance company contacts. However, underwriters have not yet appointed counsel. We have recently been able to serve Defendant UTi United States after failed attempts at the initial address information provided to us. UTi has not yet appointed counsel.

NEW JERSEY
North Broadway
Perth Amboy, NJ 08879-1638
(732) 828-0300 Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515 Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274 Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Of Counsel:
Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 859-4910 Fax: (916) 859-4911

Honorable William H. Pauley
United States District Judge
United States District Court
October 1, 2007
Page Two

As none of the Defendants have appointed counsel, we respectfully request that the Conference be adjourned for thirty days in order to allow them the opportunity to do so.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29265\002 Judge

*Application granted. The conference is adjourned until November 9, 2007 at 12:45 p.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
10/4/2007