HYMAN SPECTOR & MARS, LLP
Attorneys for Defendant, UTi United States, Inc.
150 W. Flagler Street, Ste. 2701
Miami, Florida 33130
Tel: (305) 371-4244
Fax: (305) 371-5930
Attorney: Andrew R. Spector

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BASLER SECURITAS VERSICHERUNGEN AG

        Plaintiff,

vs.                                                                                  CASE NO.: 07-CIV 6223 (WHP)

UTi, UNITED STATES , INC.,
PETERSEN TRUCKING, INC.
and PETERSEN TRANSPORT, INC.

        Defendant.
_____/

## UTI, UNITED STATES, INC.'S DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for UTi, United States, Inc., certifies that it is not publicly held. However, its parent company UTi, Worldwide, Inc. is publicly held.

DATED:    Miami, Florida
               October 23, 2007

                                      UTi UNITED STATES, INC.
                                      By its Attorneys,
                                      **HYMAN SPECTOR & MARS, LLP**
                                      Museum Tower, 27th Floor
                                      150 West Flagler Street
                                      Miami, Florida   33130
                                      Telephone No.: (800) 443-1335

                                      By: _/s/ Andrew R. Spector_____
                                          Andrew R. Spector/ARS 3887

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 23, 2007, the foregoing was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules on Electronic Service upon James A. Saville, Jr., Esq., Hill Rivkins & Hayden, LLP, 45 Broadway, Ste. 1500, New York, NY 10006.

HYMAN SPECTOR & MARS, LLP

Attorneys for Defendant
Museum Tower, Suite 2701
150 West Flagler Street
Miami, Florida  33130
Telephone: (305) 371-4244


By:     /s Andrew R. Spector
        Andrew R. Spector/ARS 3887


f:\wp51\files\ars\uti\bayer (bvs) v. uti\answer\7.1 disclosure statement.doc