AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

## APPEARANCE

Case Number: 07 CV 6223 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

UTi United States, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/26/2007 | _(signature)_ |
| Date | Signature |
| | ANTHONY W. ECKERT III      7949 |
| | Print Name      Bar Number |
| | 555 5th Avenue, 15th Floor |
| | Address |
| | New York,  New York      10017 |
| | City      State      Zip Code |
| | (212) 922-0450      (212) 922-0530 |
| | Phone Number      Fax Number |