*Howell/J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
BASLER SECURITAS VERSICHERUNGEN AG  :      Index No.: 07cv6223(~~WHP~~) (RJH)

        Plaintiff,                                  :

- Against -                                                :         ***STIPULATION***

UTi UNITED STATES INC.; PETERSEN        :
TRUCKING, INC.; and                                 :
PETERSEN TRANSPORT INC.;                 :

        Defendants.                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    It is hereby stipulated that defendants Petersen Trucking, Inc. and Peterson Transport, Inc. time to respond to the complaint is extended until January 4, 2008.

                  Dated: December 21, 2007

                  WILSON, ELSER, MOSKOWITZ, EDELMAN &
                  DICKER LLP
                  Attorney for Defendants Peterson Trucking Inn. and
                  Peterson Transport Inc.

                  */s/ Theresa B. Marangas*
                  Theresa B. Marangas
                  150 E. 42nd St.
                  New York, NY 10017
                  (212) 490-3000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07
```



DEC 27 2007

190160.1

HILL RIVKINS & HAYDEN LLP
Attorney for Plaintiff

*James A. Saville Jr.*

James A. Saville, Jr.
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600


KAPLAN, VON OHLEN & MASSIMILLO LLC
Attorneys for Defendant
UTi United States, Inc.

*Anthony W. Eckert*

Anthony W. Eckert
555 Fifth Avenue
15th Floor
New York, New York 10017


SO ORDERED:

*Richard J. Holwell*
Richard J. Holwell, U.S.D.J.
12/28/07

190160.1