UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

-------------------------------------------------------------x

BASLER SECURITAS VERSICHERUNGEN AG,    :    07 Civ. 06223 (RJH)

                Plaintiff,

   -against-                                                          :    **ORDER**

U T I  UNITED STATES, Inc, et al,

               Defendants.

-------------------------------------------------------------x

        On February 13, 2008, a telephonic conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court established the following schedule:

1. Plaintiff to file motion papers by February 28, 2008.

2. Defendants' opposition papers shall be filed by March 14, 2008.

3. Plaintiff's reply, if any, shall be filed by March 21,. 2008.

SO ORDERED:
Dated: New York, New York
February 14, 2008

                                                    Richard J. Holwell
                                             United States District Judge