*JOSEPH L. FRANCOEUR. (JF-8874)*
*WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP*
Attorneys for Defendant Petersen Transport
150 E. 42nd St.
New York, NY 10017
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
BASLER SECURITAS VERSICHERUNGEN AG          Index No.: 07 CIV 6223(RJH)

    Plaintiff,

-  against -
                   **NOTICE OF MOTION**

UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

S I R S:

  Please take notice that upon the annexed Declaration of Joseph L. Francoeur, dated February 28, 2008, the Exhibits annexed thereto and the accompanying memorandum of law, the undersigned will move this Court, located at 500 Pearl Street, New York, New York, by motion filed on February 28, 2008, with the opposition due March 14, and the reply March 21, seeking an Order to be entered by this Court (i) dismissing the complaint and the cross-claims as against defendant Peterson Transport pursuant to FRCP 12(b)(6).

3135462.1

Dated:     New York, New York
            February 27, 2008

                                        Yours, etc.

                        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                By:    /s
                                      _____
                                      Joseph L. Francoeur
                                      Attorneys for Defendant
                                      PETERSON TRANSPORT
                                      150 East 42nd Street
                                      New York, New York 10017-5639
                                      (212) 490-3000
                                      File No. 10164.00006

cc:     HILL RIVKINS & HAYDEN LLP
           By James A. Saville, Jr., Esq.
           Attorneys for Plaintiff
           45 Broadway, Suite 1500
           New York, NY 10006
           (212) 669-0600

           HYMAN SPECTOR & MARS, LLP
           By Andrew R. Spector, Esq.
           Attorneys for Defendant
           UTi UNITED STATES, INC.
           Museum Tower, Suite 2701
           150 West Flagler Street
           Miami, FL 33130
           (305) 371-4244
           -and
           KAPLAN, VON OHLEN & MASSAMILLO, LLC
           By Anthony W. Eckert, Esq.
           555 Fifth Avenue, 15th Floor
           New York, NY 10017
           (212) 922-0450

3135462.1