**HYMAN SPECTOR & MARS, LLP**
Attorneys for Defendant, UTi United States, Inc.
150 W. Flagler Street, Ste. 2701
Miami, Florida 33130
Tel: (305) 371-4244
Fax: (305) 371-5930
Attorney: Andrew R. Spector

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

BASLER SECURITAS VERSICHERUNGEN AG

                Plaintiff,
vs.                                                CASE NO.: 07-CIV 6223 (WHP)

UTi, UNITED STATES , INC.,
PETERSON TRUCKING, INC.
and PETERSON TRANSPORT, INC.

                Defendant.
_____/

### JOINT UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

      Plaintiff, BASLER SECURITAS VERSICHERUNGEN AG (hereinafter "BASLER"), and Defendant/Cross-Plaintiff, UTi, UNITED STATES, INC. (hereinafter "UTi"), by and through their respective undersigned attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby file this, their Joint Unopposed Motion for Enlargement of Time to file their respective Memoranda in Opposition to Defendant/Cross-Defendant, PETERSON TRANSPORT, INC.'s Motion to Dismiss, and as grounds therefore state:

      1.      Defendant/Cross-Defendant filed its Motion to Dismiss the complaint and cross-complaint on February 28, 2008.

      2.      The responses to this Motion are due on or before March 14, 2008.

3.      Due to scheduling issues and in the interests of judicial economy, BASLER and UTi require a brief enlargement of time to file their respective Memoranda in Opposition to the Motion to Dismiss.

4.      Defendant/Cross-Defendant Peterson does not object to the filing of the instant motion.

5.      The instant motion is made in good faith and in the interests of judicial economy, and is not for purposes of delay.

WHEREFORE, the BASLER and UTi respectfully request that this Court grant their Joint Unopposed Motion for Enlargement of Time to file their respective Memoranda in Opposition to Defendant/Cross-Defendant's motion to dismiss.

Respectfully Submitted this __13th__ day of __March__, 2008.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically this __13th__ day of March, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system: Joseph L. Francouer Esq., Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 150 E. 42nd Street, New York, New York 10017.

| | |
|---|---|
| **HILL RIVKINS & HAYDEN LLP** | **HYMAN SPECTOR & MARS, LLP** |
| Attorneys for Plaintiff | Attorneys for Defendant/Cross-Plaintiff |
| 45 Broadway, Suite 1500 | 150 West Flagler Street, Suite 2701 |
| New York, New York 10006 | Miami, Florida 33130 |
| | |
| Telephone: (212) 669-0600 | Telephone: (305) 371-4244 |
| | |
| By:____/s James A. Saville, Jr.____ | By:____/s Andrew R. Spector_____ |
| James A. Saville, Jr., Esq. (JS 4835) | Andrew R. Spector, Esq. (ARS 3887) |

**-and-**

KAPLAN, VON OHLEN & MASSAMILLO, LLC
Anthony W. Eckert, Esq.
555 Fifth Avenue 15th Floor
New York, New York 10017
(212) 922-0450

f:\wp51\files\robert\uti - bassler\joint unopposed motion for enlargement of time (opp 2 mot 2 dismiss).doc