**HYMAN SPECTOR & MARS, LLP**
Attorneys for Defendant, UTi United States, Inc.
150 W. Flagler Street, Ste. 2701
Miami, Florida 33130
Tel: (305) 371-4244
Fax: (305) 371-5930
Attorney: Andrew R. Spector

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

BASLER SECURITAS VERSICHERUNGEN AG

               Plaintiff,

vs.                                            CASE NO.: 07-CIV 6223 (WHP)

UTi, UNITED STATES , INC.,
PETERSON TRUCKING, INC.
and PETERSON TRANSPORT, INC.

               Defendant.
_____/

      **THIS CAUSE** having come before the Court on the Plaintiff and Cross-Plaintiff's Joint Unopposed Motion For Enlargement of Time, and the Court having reviewed said Motion, it is hereby:

      **ORDERED AND ADJUDGED:**

1. The Parties' Joint Unopposed Motion is **GRANTED.**

2. The Parties' shall file their respective responses to Defendant/Cross-Defendant's Motion to Dismiss on or before March 21, 2008.

3. Defendant/Cross-Defendant's Reply Memorandum will be due on or before March 28, 2008.

      **DONE AND ORDERED** in Chambers in New York, New York this _____ day of _____, 2008.