**JOSEPH L. FRANCOEUR. (JF-8874)**
*WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP*
Attorneys for Defendants Petersen Transport
150 E. 42nd St.
New York, NY 10017
(212) 490-3000   (212)490-3038 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BASLER SECURITAS VERSICHERUNGEN AG   :     Case No.: 07cv6223(RJH)

               Plaintiff,                                    :

  - against -                                                          :

UTi UNITED STATES INC.; PETERSEN               :
TRUCKING, INC.; and                                          :
PETERSEN TRANSPORT INC.;                           :

               Defendants.                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

    Defendant, Peterson Transport, Inc., by and through their attorneys, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby file this Unopposed Motion For Enlargement Of Time to file its Reply memorandum of law with respect to its pending Motion to Dismiss, and as grounds therefore state:

    1.    Peterson Transport filed its Motion to Dismiss the complaint and cross-complaint on February 28, 2008.

    2.    The time for Plaintiff and Cross-claimant to file their responses were extended with the consent of Peterson Transport to March 21, 2008.

1

3176142.1

3.  Due to scheduling issues and in the interest of judicial economy, Peterson Transport requires a brief enlargement of time to file its Reply memorandum.

4.  Plaintiff and Cross-claimant do not object to the filing of the instant motion.

5.  The instant motion is made in good faith and in the interests of judicial economy, and is not for purposes of delay.

WHEREFORE, Peterson Transport respectfully requests that this Court grant its Unopposed Motion For Enlargement of Time to file its Reply Memorandum.

Respectfully submitted this 31st day of March, 2008.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically this 31st day of March, 2008. Notice of this filing will be sent electronically to the parties listed below by operation of the Court's electronic filing system:

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, NY 10006

HYMAN SPECTOR & MARS, LLP
Attorneys for Defendant
UTi UNTIED STATES, INC.
Andrew R. Spector
Museum Tower, 27th Floor
150 West Flagler Street
Miami, FL 33130

KAPLAN, VON OHLEN & MASSAMILLO, LLC
Attorneys for Defendant
UTi UNTIED STATES, INC.
Anthony W. Eckert, Esq.
555 Fifth Avenue, 15th floor
New York, NY 10017

3176142.1

Respectfully submitted by:

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_____s/_____
Joseph L. Francoeur (8874)
150 East 42nd Street
New York, New York 10017
Telephone: (212) 490-3000
Fax: (212) 490-3038
ATTORNEYS FOR DEFENDANT
PETERSON TRANSPORT