**JOSEPH L. FRANCOEUR. (JF-8874)**
*WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP*
Attorneys for Defendants Petersen Transport
150 E. 42nd St.
New York, NY 10017
(212) 490-3000   (212)490-3038 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BASLER SECURITAS VERSICHERUNGEN AG  :          Case No.: 07cv6223(RJH)

                    Plaintiff,           :

   - against -                  :

UTi UNITED STATES INC.; PETERSEN     :
TRUCKING, INC.; and               :
PETERSEN TRANSPORT INC.;        :

                  Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

     **THIS CAUSE** having come before the Court on the Defendant Peterson Transport's

Unopposed Motion For Enlargement of Time, and the Court having reviewed said Motion, it is

hereby:

     **ORDERED AND ADJUDGED**:

   1.     Peterson Transport's Unopposed Motion is **GRANTED**

   2.     Peterson Transport shall file its Reply memorandum on or before April 4, 2008.

     **DONE AND ORDERED** in Chambers in New York, New York this ___ day of ____,

2008.

3176142.1