**JOSEPH L. FRANCOEUR. (JF-8874)**
*WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP*
Attorneys for Defendants Petersen Transport
150 E. 42nd St.
New York, NY 10017
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
BASLER SECURITAS VERSICHERUNGEN AG           Index No.: 07CIV6223(RJH)

               Plaintiff,

  - against -

UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**AFFIDAVIT OF BENGT PETERSON**

3171411.1

)
) ss:
County of Los Angeles )

    Bengt Peterson, being duly sworn deposes and says under penalty of perjury:

1.    I am the owner of Peterson Transport located at 16854 Severo Place, Encino, CA 91436. I have owned the company since 1970. I am over 18 years of age and have personal knowledge of the facts set forth herein to the best of my knowledge and belief.

2.    In response to a request from my attorney, I searched my files for paperwork relating to the transport at issue. I located the Bill of Lading that was used in this matter. The Bill of Lading referred to in Mr. Francoeur's Declaration, exhibit C, is a true and accurate copy of the Bill of Lading used in this matter.

3.    Additionally, during the aforementioned file search, I located UTi United States' claim letter to Peterson Transport, dated June 30, 2006. This letter, referred to in Mr. Francoeur's Declaration, exhibit D, is a true and accurate copy of UTi's letter.

State of California.

_____
BENGT PETERSON

Sworn to before me this 31
day of March, 2008.

_____
Notary Public

OFFICIAL SEAL
NOBUO HIRAKO
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1542380
LOS ANGELES COUNTY
My Commission Exp. February 5, 2009

2

3171411.1