UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

BASLER SECURITAS VERSICHERUNGEN AG,

                Plaintiff,

-against-

UTI UNITED STATES, INC.,
PETERSEN TRUCKING, INC., and
PETERSEN TRANSPORT, INC.,

                Defendants.

07 Civ. 6223 (RJH)

**ORDER**

    The parties are directed to appear for argument on the pending motion to dismiss on June 19, 2008, at 11:30 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       May 20, 2008

                                              Richard J. Holwell
                                           United States District Judge