UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BASLER SECURITAS VERSICHERUNGEN AG,
       Plaintiff,      Docket No.:  07 CIV 6223 (RJH)

   -against-          NOTICE OF MOTION
                   TO ADMIT COUNSEL
                   *PRO HAC VICE*

UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;

       Defendants.

------------------------------------------------------------X

   PLEASE TAKE NOTICE, that upon the annexed Affidavit of Anthony W. Eckert III, Esq., and the Certificate of Good Standing of Marc Rubin, Esq., annexed thereto, Defendant UTi Unites States will move this Court before the Honorable Richard J. Holwell, on the 13th day of June, 2008, at 9:30 a.m., at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Marc Rubin, Esq., an attorney with the law firm of Hyman, Spector & Mars, LLP, and a member in good standing of the bar of the State of Florida, as attorney *pro hac vice,* to argue or try this case in whole or in part as counsel.

Dated: New York, New York
       June 6, 2008

                      KAPLAN, VON OHLEN & MASSAMILLO, LLC

                      By: _____
                      Anthony W. Eckert III (AWE-7949)
                      555 Fifth Avenue, 15th Floor
                      New York, NY 10017
                      (212) 922-0450
                      Attorney for Defendant
                      UTi UNITED STATES

To:    WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP
        Attorneys for Defendant
        PETERSON TRANSPORT
        150 East 42nd Street
        New York, New York 10017-5639
        (212) 490-3000

        HILL RIVKINS & HAYDEN LLP
        Attorneys for Plaintiff
        45 Broadway, Suite 1500
        New York, New York 10006
        (212) 669-0600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**BASLER SECURITAS VERSICHERUNGEN AG,**          Docket No.: 07 CIV 6223 (RJH)

                              Plaintiff,

      -v-                                                                          **AFFIDAVIT OF**
                                                                                      **ANTHONY W. ECKERT III**
**UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;**

                              Defendants.
------------------------------------------------------------X

       **ANTHONY W. ECKERT III,** having been duly sworn, deposes and says:

       1.     I am an attorney admitted to practice law in the State of New York, and the Southern and Eastern Districts of New York. I am co-counsel for the defendant UTi United States, in this matter. I make this affidavit in support of defendant's motion for admission, pro hac vice, of Marc Rubin, Esq., in the above captioned action, pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York.

       2.     Mr. Rubin is a member in good standing of the bar of the State of Florida. Mr. Rubin's Certificate of Good Standing for the State of Florida is annexed hereto.

       3.     Mr. Rubin is an attorney with the law firm of Hyman, Spector & Mars, LLP, and represents UTi United States on legal matters throughout the United States.

       4.     I will continue to perform all functions required to be performed by an attorney of this Court pursuant to the Local Civil Rules of the Eastern District of New York.

       5.     Plaintiff's and co-defendant's counsel do not oppose this motion.

**WHEREFORE,** it is respectfully requested that this Court issue an order admitting Marc Rubin, Esq. to practice law in the Southern District of New York for the purposes of acting as counsel and advocate for the defendants, in the above captioned action.

_____
ANTHONY W. ECKERT III (AWE-7949)

Sworn to before me this
6th day of June, 2008

_____
NOTARY PUBLIC

NICHOLAS E. PANTELOPOULOS
Notary Public, State of New York
No. 02PA4988309
Qualified in Westchester County
Commission Expires Nov. 4, 2009

2



# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

                         In Re:     62626  
                                     Marc Alan Rubin  
                                     Hyman Spector & Mars, LLP  
                                     150 W. Flagler St., Ste. 2701  
                                     Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 29, 1995.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 22nd day of May, 2008.

*Willie Mae Shepherd* (signature)

Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/smwpp6:R10

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BASLER SECURITAS VERSICHERUNGEN AG,
                          Plaintiff,            Docket No.:  07 CIV 6223 (RJH)

            -against-                            ORDER

UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.,

                          Defendant.
-----------------------------------------------------------------X
```

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Marc Rubin, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other parties in this case.

Dated: _____, 2008

                                                    _____
                                                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**BASLER SECURITAS VERSICHERUNGEN AG,**         Docket No.: 07 CIV 6223 (RJH)

                Plaintiff,

     -v-                                                                                    **AFFIDAVIT OF**
                                                                                                        <u>**SERVICE BY MAIL**</u>
**UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;**

                Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                                          ) ss:
COUNTY OF NEW YORK )

     Brenda Martinez, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens County.

     On the 6th day of June 2008, deponent served the within **AFFIDAVIT OF ANTHONY W. ECKERT III IN SUPPORT OF MOTION** upon:

                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP
                Attorneys for Defendant
                PETERSON TRANSPORT
                150 East 42nd Street
                New York, New York 10017-5639


                HILL RIVKINS & HAYDEN LLP
                Attorneys for Plaintiff
                45 Broadway, Suite 1500
                New York, New York 10006

the address designated by said attorney by depositing same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York.

_____
Brenda Martinez

Sworn to before me this
6th day of June, 2008

_____
Notary Public

ANTHONY W. ECKERT III
Notary Public, State of New York
No. 02EC4989528
Qualified in New York County
Commission Expires Dec. 9, 20 09

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
**BASLER SECURITAS VERSICHERUNGEN AG,**     Docket No.: 07 CIV 6223 (RJH)

                        Plaintiff,

      -v-                                                                  **AFFIDAVIT OF**
                                                                                         **SERVICE BY MAIL**
**UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.;**

                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

    Brenda Martinez, being duly sworn deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Queens County.

    On the 6th day of June 2008, deponent served the within **NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** upon:

               WILSON, ELSER, MOSKOWITZ,
               EDELMAN & DICKER LLP
               Attorneys for Defendant
               PETERSON TRANSPORT
               150 East 42nd Street
               New York, New York 10017-5639


               HILL RIVKINS & HAYDEN LLP
               Attorneys for Plaintiff
               45 Broadway, Suite 1500
               New York, New York 10006

the address designated by said attorney by depositing same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York.

_____
Brenda Martinez

Sworn to before me this
6th day of June, 2008

_____
Notary Public
ANTHONY W. ECKERT III
Notary Public, State of New York
No. 02EC4989528
Qualified in New York County
Commission Expires Dec. 9, 2009

2