COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BASLER SECURITAS VERSICHERUNGEN AG,
        Plaintiff,    Docket No.: 07 CIV 6223
(RJH)

    -against-         ORDER

UTi UNITED STATES INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT INC.,

        Defendant.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

  The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Marc Rubin, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

  An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

  This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

  The attorney admitted *pro hac vice* must serve a copy of this Order on all other parties in this case.

Dated: June 19, 2008

                     [signature]
                     United States District Judge