UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

------------------------------------------------------------x

BASLER SECURITAS VERISCHERUNGEN AG,

           Plaintiff,

  - against -

UTi UNITED STATES, INC.; PETERSEN
TRUCKING, INC.; and
PETERSEN TRANSPORT, INC.,

           Defendants.

------------------------------------------------------------x

07 Civ. 6223 (RJH)

**ORDER**

For the reasons stated on the record on June 19, 2008, Defendants Petersen Trucking, Inc. and Petersen Transport, Inc.'s ("Petersen") motion to dismiss [14] the complaint is DENIED. Petersen's motion to dismiss [14] the cross-claim by UTi United States, Inc. is DENIED without prejudice.

SO ORDERED.

Dated: New York, New York
       June 20, 2008

                                              Richard J. Holwell
                                              United States District Judge