UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

BASLER SECURITAS VERSICHERUNGEN AG,

        Plaintiff,

-against-

UTI UNITED STATES, INC.,
PETERSEN TRUCKING, INC., and
PETERSEN TRANSPORT, INC.,

        Defendants.

07 Civ. 6223 (RJH)

**ORDER**

On June 23, 2008, the Court denied the motion to dismiss [14] filed by defendants Petersen Trucking, Inc. and Petersen Transport, Inc. ("Petersen"). Therefore, as a housekeeping matter, the Court requests that the Clerk of the Court close the motions for extensions of time to file responsive papers filed by plaintiff and defendant UTi United States, Inc. on March 13, 2008 [18] and by Petersen on March 31, 2008 [21]. The parties are directed to make future applications for extensions of time by letter directly to chambers.

SO ORDERED.

Dated: New York, New York
   July 21, 2008

                 _____
                 Richard J. Holwell
                 United States District Judge